In the Matter of the Accounting of BANKERS TRUST COMPANY, as Successor Trustee under the Will of EMILY CHARLES, Deceased, Respondent. BANK OF NEW YORK AND FIFTH AVENUE BANK et al., as Executors of EMILY L. CHARLES, Deceased, et al., Respondents; LILLIAN E. C. FLATHER et al., Appellants.

Argued October 8, 1952; decided October 23, 1952.

*Daniel S. Levy, Samuel Franklin* and *Joseph Richter* for Lillian E. C. Flather, appellant.

*David L. Frothingham* for Lillian M. Charles and another, appellants.

*Albert A. Jacobson, Raymond T. Armbruster* and *Christian H. Armbruster* for Ida M. Charles and another, appellants.

*Henry Allen Mark,* special guardian for Charles Flather and another, infants, appellants.

*J. Fearon Brown* and *James H. Nichols* for Bank of New York and Fifth Avenue Bank and others, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.